IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AQUION ENERGY, INC.<br>      Debtor. | Chapter 11<br>Bankr. Case No. 17-10500-KJC |
| BRYAN A. DILASCIO on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>AQUION ENERGY, INC.,<br><br>      Defendant. | Adv. Pro. No. 17-50337 (KJC)<br>Re: 13 |

## AMENDED SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to the above-captioned adversary proceeding.

**IT IS HEREBY ORDERED** that:

1. Any extension of time to file a responsive pleading is not effective unless approved by Order of the Court. Any motion for extension of time to file a responsive pleading or stipulated order for such an extension must be filed with the Court no later than ten (10) days before the Initial Scheduling Conference in the adversary proceeding.

2. The discovery planning conference described in Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, took place on July 17, 2017.

3. The parties shall provide the initial disclosures under Fed. R. Civ. P. 26(a)(1) by August 31. Any extension of the deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown.

4. Plaintiff shall file his Motion for Class Certification, if any, no later than September 15, 2017.

5. All fact discovery shall be completed no later than February 9, 2018, two-hundred and ten (210) days after the first answer or other responsive pleading is filed.

6. Any expert report required pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue, not including any report by Plaintiff on insolvency of the Debtor, no later than December 1, 2017, one hundred forty (140) days after an answer or other responsive pleading to the complaint is filed. If the Defendant intends to provide expert testimony regarding the insolvency of the Debtors, any such expert report must be provided no later than December 1, 2017, one hundred forty (140) days after an answer or other responsive pleading to the complaint is filed. Any expert report by Plaintiff on the insolvency of the Debtors, as well as any Parties' expert report intended to rebut any other expert report, shall be provided no later than December 21, 2017, one hundred sixty (160) days after an answer or other responsive pleading to the complaint is filed. Defendant shall provide any expert report intended to rebut any report on insolvency by Plaintiff no later than January 12, 2018. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, no later than January 10, 2018, one hundred eighty (180) days after an answer or other responsive pleading to the complaint is filed.

7. Pursuant to the General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004, no later than November 11, 2017, one hundred twenty (120) days, if the adversary proceeding was filed on or after April 11, 2005 after the answer or other responsive pleading to the complaint is filed, the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding.

8. Within sixty (60) days after the entry of an Order Assigning the Adversary Proceeding to Mediation, the mediator shall either (a) file the mediator's certificate of completion, or (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

9. All dispositive motions shall be filed and served no later than February 28, 2018, eighteen (18) days after the close of all discovery and shall be subject to Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

10. The parties shall comply with the General Order Governing Pretrial Procedures in Adversary Proceedings Set for Trial Before Judge Kevin J. Carey. The parties shall file no later than three (3) business days prior to the date set for Trial, their Joint Pretrial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Carey's chambers.

11. The Order Assigning the Adversary Proceeding to Mediation shall set the adversary proceeding for trial ninety (90) days after the entry of the Order, or as soon thereafter as the Court's calendar permits.

12. The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of the adversary proceeding subject to this Amended Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

13. The Plaintiff shall serve this Amended Scheduling Order on Defendant within five (5) business days after the entry of this Order.

Dated: Aug 21, 2017
Wilmington, DE

_____
Kevin J. Carey
U.S. Bankruptcy Judge for the District of Delaware