IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AQUION ENERGY, INC.<br><br>　　　　　Debtor. | Chapter 11<br>Bankr. Case No. 17-10500-KJC |
| BRYAN A. DILASCIO on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AQUION ENERGY, INC.,<br><br>　　　　　Defendant. | **Adv. Pro. No. 17-50337 (KJC)** |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME AND DISCOVERY DEADLINES

This Court having considered the Stipulation for Extension of Time (the "Stipulation") between Plaintiff Bryan Dilascio ("Plaintiff") and Aquion Energy, Inc. ("Defendant")[1]; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED that the Stipulation is approved.

The time for the Defendant to respond to Plaintiff's Motion for Class Certification and Related Relief filed in the above-captioned adversary proceeding is hereby extended to March 22, 2018.

Dated: January 23, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Kevin J. Carey
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

[1] The Defendant is now known as AEI Winddown, Inc.