# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AQUION ENERGY, INC.<br>　　　　　　　　　Debtor. | Chapter 11<br>Bankr. Case No. 17-10500-KJC |
| BRYAN A. DILASCIO on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>AQUION ENERGY, INC.,<br><br>　　　　　　　　　Defendant. | **Adv. Pro. No. 17-50337 (KJC)** |

### NOTICE OF THE PARTIES' FORTHCOMING CERTIFICATION OF COUNSEL REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND RELATED RELIEF

Aquion Energy, Inc. ("Defendant")[1], by and through its undersigned counsel, herein represents as follows:

WHEREAS on September 15, 2017, Plaintiff filed a Motion for Class Certification and Related Relief (the "Motion") (Dkt. 19) with the United States Bankruptcy Court for the District of Delaware (the "Court");

WHEREAS the current deadline for Defendant to respond to Plaintiff's Motion is March 22, 2018;

---

[1] The Defendant is now known as AEI Winddown, Inc.

C:\Users\mp074269\Documents\Aquion Draft Notice
Regarding Forthcoming COC 03.22.2018.doc

WHEREAS the Parties have met and conferred and are working together to agree on a proposed class definition and intend to file a Certification of Counsel, proposed Notice to the Class, and a Proposed Order reflecting the Parties' consensual class definition; and

WHEREAS the Defendant reserves all defenses to Plaintiff's Motion and preserves the right to file an opposition, subject to this Court's approval, to Plaintiff's Motion in the event the Parties cannot reach a consensus as to a proposed class definition.

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted,

Dated: March 22, 2018

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joseph M. Mulvihill (Bar No. 6061)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          jmulvihill@pszjlaw.com

-and-

David A. McManus
MORGAN LEWIS & BOCKIUS LLP
101 Park A venue
New York, NY 10178-0060
Tel: (202) 309-6824
Fax: (202) 309-6001
david.mcmanus@morganlewis.com

Keri L. Engelman
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5100
Fax: (215) 963-5001
keri.engelman@morganlewis.com

*Counsel for Debtor*