IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AQUION ENERGY, INC.<br>                  Debtor. | Chapter 11<br>Bankr. Case No. 17-10500-KJC |
| BRYAN A. DILASCIO on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>AQUION ENERGY, INC.,<br><br>                  Defendant. | **Adv. Pro. No. 17-50337 (KJC)**<br><br>D.I. 47 |

## ORDER APPROVING JOINT STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES

This Court having considered the Joint Stipulation for Extension of Discovery Deadlines (the "Stipulation") between Plaintiff Bryan Dilascio ("Plaintiff") and Aquion Energy, Inc. ("Defendant")[1]; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED that the Stipulation is approved.

1. The deadline to complete all fact discovery shall be extended by sixty-days, from July 10, 2018 to September 10, 2018.

---

[1] The Defendant is now known as AEI Winddown, Inc.

2. The deadline to file dispositive motions shall be extended by sixty-days, from July 30, 2018 to October 1, 2018.

Dated: July 11, 2018

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge